Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MARCH 11, 1965

No. 69126.—Polk's Model Craft Hobbies, Inc. v. United States, protest 58/10622 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the items marked "B" and "C" consist of HO equipment similar in all material respects to that the subject of *United States* v. *Polk's Model Craft Hobbies, Inc.*, *et al.* (47 CCPA 137, C.A.D. 746), the merchandise was held dutiable as follows: The items marked "B" at 13¾ percent under the provision in paragraph 353, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739), for metal articles having as an essential feature an electrical element or device and the items marked "C" at 17½ percent under the provision in said paragraph 353, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), for electrical switches and switchgear, composed wholly or in chief value of metal, as claimed.

No. 69127.—Polk's Model Craft Hobbies, Inc., and International Models, Inc. v. United States, protests 64/5865 and 64/5602 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of HO gauge railroad accessories the same in all material respects as those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc.*, *et al.* (47 CCPA 137, C.A.D. 746), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MARCH 11, 1965

No. 69128.—The Durst Mfg. Co., Inc. v. United States, protests 286560–K, etc. (New York).

341

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiff was sustained.

No. 69129.—The Durst Manufacturing Co., Inc., et al. *v.* United States, protests 323270–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

No. 69130.—Magnesium Elektron, Inc. *v.* United States, protests 64/8772, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of magnesium alloys similar in all material respects to those the subject of *Magnesium Elektron, Inc.* v. *United States* (50 Cust. Ct. 71, C.D. 2391), the claim of the plaintiff was sustained.

No. 69131.—J. M. Rodgers Co., Inc., and Harris & Sons Steel Co. et al. *v.* United States, protests 64/2011, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel sheet coil ends similar in all material respects to those the subject of Abstract 67304, the claim of the plaintiffs was sustained.